UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-802-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| SPIRIT BROADCASTING INC., ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant Spirit Broadcasting Inc., for failure of answer and in favor of Plaintiff, the United States of America, in the principal amount of $25,000.00, plus interest accruing from the date of Judgment at the legal rate, together with present and future costs and disbursements of the action.

This __/4th__ day of July, 2014.

　　　　　　　　　　　　　_James C. Fox_
　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　Senior U.S. District Judge

2